UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case:   08 C 204

　　DARRELL JONES,   Plaintiff,      Honorable Judge BUCKLO

　　　　v.

　　CITY OF CHICAGO, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago and Chicago Police Officers A.L. Price, P.T. Quinn, and C. Mitchell

| SIGNATURE | |
|---|---|
| /S/ JOEL G. SANDOVAL | |
| FIRM   City of Chicago, Corporation Counsel | |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   06290664 | TELEPHONE NUMBER   312.742.5146 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X       NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐       NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES         NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |