IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**MOTION TO EXTEND THE TIME IN WHICH
DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers A.L. PRICE, Star # 7552, P.T. QUINN, Star # 4646, C. MITCHELL, Star # 6304, and the CITY OF CHICAGO (Collectively referred to as "Individual Defendants") by their attorney, Joel G. Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court extend the time in which defendants may answer or otherwise plead to plaintiffs' complaint to April 8th, 2008.  In support of this motion, defendants state:

1. The undersigned filed his appearance for the Individual Defendants on February 19, 2008.

2. This motion is defendants' first request for an extension of time to answer or otherwise plead.

3. The undersigned has not yet been able to interview all police personnel necessary to answer the complaint herein.

4. The undersigned has not yet received all police reports and files necessary to answer the complaint herein.

5.      Plaintiff has been notified and will not be prejudiced as a result of said extension of time.

**WHEREFORE,** The Individual Defendants respectfully request that they be given until April 8th, 2008  to answer or otherwise plead to plaintiff's' complaint.


Respectfully submitted,


/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel

30 N. LaSalle Street
Suites 1400
Chicago, Illinois 60602
(312) 742-5146
(312) 744-6566 (FAX)
Attorney No.: 6290664

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Blake Wolfe Horwitz
      Law Office Of Blake Horwitz
      155 North Michigan Avenue
      Suite 723
      Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on Monday, February 25th, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Elaine E. Bucklo, or whomever shall be sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD*.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 6290664