IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD* and *NOTICE OF MOTION* to be mailed to Plaintiffs Attorney:

Blake Horwitz,
The Law Offices of Blake Horwitz,
155 N. Michigan Ave., Ste 723,
Chicago, IL 60601.

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel