IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Blake Wolfe Horwitz
Law Office Of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on Monday, February 25th, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Elaine E. Bucklo, or whomever shall be sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD*.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 6290664