AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 204**

DARRELL M. JONES,

    Plaintiff,

                             **SUMMONS IN A CIVIL CASE**

    v.

A. L. PRICE #7552, P. T. QUINN #4646, C.     Case No:
MITCHELL #6304, and the CITY OF            Assigned Judge:
CHICAGO,                                                 **JUDGE BUCKLO**
                                          Designated       **MAGISTRATE JUDGE SCHENKIER**
    Defendants.                  Magistrate Judge:

To: CITY OF CHICAGO
C/o City Clerk
121 N. LaSalle, Room 107
Chicago, IL  60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

                            Blake Horwitz
                            LAW OFFICES OF BLAKE HORWITZ, LTD.
                            155 N. Michigan, #723
                            Chicago, IL  60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____            _____
(By) Deputy Clerk                                                      Date

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montano*                                          **January 9, 2008**
**(By) DEPUTY CLERK**                                          Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || Date 1/23/08 |
| NAME OF SERVER (PRINT) John Ochoa || TITLE Law Clerk |
| *Check one box below to indicate appropriate method of service* |||

☒ Served personally upon the defendant. Place where served: City Hall C/o City Clerk 121 N. LaSalle Rm 107 Chicago, IL 60602

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 1/23/08
Date

Signature of Server

155 N. Michigan Ave #723 Chicago, IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.