**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Blake Wolfe Horwitz
Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on April 10th, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Elaine E. Bucklo, or whomever shall be sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *INDIVIDUAL DEFENDANTS' 12(b)(6) MOTION TO DISMISS COUNT IV "§ 1983 EQUAL PROTECTION - CLASS OF ONE" OF PLAINTIFF'S COMPLAINT.*

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 742-5146
Atty. No. 6290664