IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *INDIVIDUAL DEFENDANTS' 12(b)(6) MOTION TO DISMISS COUNT IV "§ 1983 EQUAL PROTECTION - CLASS OF ONE" OF PLAINTIFF'S COMPLAINT* and *NOTICE OF MOTION* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on April 4th, 2008, in accordance with the rules on electronic filing of documents.

To:  Blake Wolfe Horwitz,
     Horwitz, Richardson & Baker, LLC
     20 S. Clark St., Suite 500
     Chicago, Illinois 60603


                                        /s/   JOEL G. SANDOVAL
                                        Joel G. Sandoval
                                        Assistant Corporation Counsel