IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Blake Wolfe Horwitz
       Horwitz, Richardson & Baker, LLC
       20 S. Clark St., Suite 500
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that I have this day, April 8th, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *DEFENDANTS' ANSWER, 12(b)(6) DEFENSES, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT*, a copy of which is herewith served upon you via e-filing to "Filing Users" pursuant to Case Management/Electronic Case Files in accordance with the rules on electronic filing of documents.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 6290664