# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Darrell M. Jones

      Plaintiff,

v.               Case No.: 1:08–cv–00204
                Honorable Elaine E. Bucklo

A. L. Price, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Set deadlines/hearing as to motion to dismiss[18] : Responses due by 4/30/2008. Replies due by 5/14/2008. Target date for ruling by mail set for 6/17/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.