IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL M. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>A. L. PRICE #7552, P. T. QUINN #4646, C. MITCHELL #6304, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-204<br><br>JUDGE BUCKLO<br><br>MAGISTRATE JUDGE SCHENKIER |

## REPORT OF PARTIES PLANNING MEETING

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 15, 2008, via telephone and was attended by:

    Amanda Yarusso for Plaintiff

    Joel Sandoval for Defendants.

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: probable cause to arrest and the conspiracy to cover-up the alleged false arrest, as well as Plaintiff's damages stemming from the alleged false arrest.

    b. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure to be made by May 7, 2008. All discovery to be commenced in time to be completed by September 1, 2008.

    c. The parties expect they will need approximately 4-6 depositions.

    d. The parties do not anticipate the use of Rule 26(a)(2) experts.

    e. The Defendants will file any dispositive motions by October 1, 2008, if they are appropriate.

    f. Final pretrial order: In the event there are no dispositive motions filed, Plaintiff to prepare proposed draft by October 6, 2008; parties to file joint final pretrial order by October 20, 2008.  In the event dispositive motions are filed, Plaintiff to prepare proposed draft by December 1, 2008; parties to file joint final pretrial order by December 8, 2008.

    g. The case should be ready for trial by November 3, 2008 (without a dispositive motion schedule) or by December 15, 2008 (with a dispositive motion schedule) and at this time is expected to take approximately 3 days.

3. **Settlement.**  The parties are currently in settlement negotiations.  The Plaintiff has tendered a demand and the Defendants expect to respond with an offer shortly.  The parties are optimistic that they may resolve the case via settlement on their own.

4. **Consent.** Parties do not unanimously consent to proceed before a Magistrate Judge at this time.

                            Respectfully submitted,

| | |
|---|---|
| s/Amanda S. Yarusso | s/Joel G. Sandoval |
| Attorney for the Plaintiff | Attorney for the Defendants |
| Horwitz, Richardson & Baker, LLC | City of Chicago, Individual Defense Litigation |
| 20 S. LaSalle St, Suite 500 | 30 North LaSalle St, Suite 1400 |
| Chicago, IL 60603 | Chicago, IL 60602 |
| Tel: 312-676-2100 | Tel: 312-742-5146 |
| Fax: 312-372-7076 | Fax: 312-744-6566 |
| Email: asyarusso@hrbattorneys.com | Email: joel.sandoval@cityofhchicago.org |