IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL M. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>A. L. PRICE #7552, P. T. QUINN #4646, C. MITCHELL #6304, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-204<br><br>JUDGE BUCKLO<br><br>MAGISTRATE JUDGE SCHENKIER |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT REPORT OF PARTIES' PLANNING MEETING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Joel G. Sandoval    joel.sandoval@cityofchicago.org

> s/Amanda S. Yarusso
> Attorney for the Plaintiff
> Horwitz, Richardson & Baker, LLC
> 20 S. LaSalle St, Suite 500
> Chicago, IL 60603
> Tel: 312-676-2100
> Fax: 312-372-7076
> Email: asyarusso@hrbattorneys.com

1