UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Darrell M. Jones
                     Plaintiff,

v.                                                 Case No.: 1:08–cv–00204
                                                 Honorable Elaine E. Bucklo

A. L. Price, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Scheduling conference held on 4/18/2008 and the court approved the scheduling order.Status hearing set for for 7/22/2008 at 09:30 AM. Discovery ordered closed by 9/2/2008. Dispositive motions with supporting memoranda due by 10/1/2008. Pretrial Order due by 12/8/2008. If the case is settled before next status, a stipulation to dismiss shall be filed promptly.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.