**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DARRELL M. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>A. L. PRICE #7552, P. T. QUINN #4646, C. MITCHELL #6304, and the CITY OF CHICAGO,<br><br>    Defendants. | No.  08-cv-204<br><br>JUDGE BUCKLO<br><br>MAGISTRATE JUDGE SCHENKIER |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on April 30, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document:

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, npeters@erlaw.net, npeters@hrbattorneys.com |
| Joel G. Sandoval | joel.sandoval@cityofchicago.org |
| Amanda Sunshine Yarusso | ayarusso@hrbattorneys.com |

                                            /s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100