IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:　Blake Wolfe Horwitz
　　　Horwitz, Richardson & Baker, LLC
　　　20 S. Clark St., Suite 500
　　　Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that I have this day, May 13th, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *INDIVIDUAL DEFENDANTS' REPLY TO PLAINTIFF"S RESPONSE*, a copy of which is herewith served upon you via e-filing to "Filing Users" pursuant to Case Management/Electronic Case Files in accordance with the rules on electronic filing of documents.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ JOEL G. SANDOVAL
　　　　　　　　　　　　　　　　　　　Joel G. Sandoval
　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　30 North LaSalle Street, Suite 1400
　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　(312) 742-5146
　　　　　　　　　　　　　　　　　　　Atty. No. 6290664