IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 204 |
| | ) | |
| Officer A.L. PRICE #7552, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *INDIVIDUAL DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE* and *NOTICE OF FILING* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on May 13th, 2008, in accordance with the rules on electronic filing of documents.

To:   Blake Wolfe Horwitz,
      Horwitz, Richardson & Baker, LLC
      20 S. Clark St., Suite 500
      Chicago, Illinois 60603


                                            /s/   JOEL G. SANDOVAL
                                            Joel G. Sandoval
                                            Assistant Corporation Counsel