IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL JONES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHICAGO POLICE OFFICERS )<br>ALMA PRICE, PATRICK QUINN, )<br>CURTIS MITCHELL and the )<br>CITY OF CHICAGO, )<br>)<br>Defendants. ) | No. 08 C 204<br><br>Judge Bucklo<br><br>Magistrate Judge Schenkier |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

ABBAS MERCHANT
Attorney for plaintiff,
Horwitz, Richardson & Baker, LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, Illinois 60603
Attorney No. 6281540
DATE: 6/30/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Joel G. Sandoval
Assistant Corporation Counsel
Attorney for defendants,
Alma Price, Patrick Quinn, Curtis Mitchell, and the City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-5146
Attorney No. 6290664
Date: 02 July 08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL JONES,               ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | |
|         vs.                  ) | No. 08 C 204 |
|                              ) | |
|                              ) | Judge Bucklo |
| CHICAGO POLICE OFFICERS      ) | |
| ALMA PRICE, PATRICK QUINN,   ) | Magistrate Judge Schenkier |
| CURTIS MITCHELL and the      ) | |
| CITY OF CHICAGO,             ) | |
|                              ) | |
|     Defendants.              ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Darrell Jones, by one of his attorneys, Abbas Merchant of Horwitz, Richardson & Baker, LLC, and defendants, Alma Price, Patrick Quinn, and Curtis Mitchell, by their attorney, Joel G. Sandoval, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Darrell Jones, against defendants, City of Chicago, Alma Price, Patrick Quinn, and Curtis Mitchell, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-5146
Attorney No. 6290664

ENTER:_____
The Honorable Elaine E. Bucklo
United States District Judge

DATED:_____