

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 204 |
| ) | |
| CHICAGO POLICE OFFICERS ) | Judge Bucklo |
| ALMA PRICE, PATRICK QUINN, ) | |
| CURTIS MITCHELL and the ) | Magistrate Judge Schenkier |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Darrell Jones, by one of his attorneys, Abbas Merchant of Horwitz, Richardson & Baker, LLC, and defendants, Alma Price, Patrick Quinn, and Curtis Mitchell, by their attorney, Joel G. Sandoval, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Darrell Jones, against defendants, City of Chicago, Alma Price, Patrick Quinn, and Curtis Mitchell, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-5146
Attorney No. 6290664

ENTER: *Elaine L Bucklo*
The Honorable Elaine E. Bucklo
United States District Judge

DATED: 7/8/08